**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE
CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA
In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Crystal Reynolds and Daniel Loving, Defendants,

Of whom Daniel Loving is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2022-000183

———————————

Appeal From Oconee County
Karen F. Ballenger, Family Court Judge

———————————

Unpublished Opinion No. 2022-UP-345
Submitted August 17, 2022 – Filed August 18, 2022

———————————

**AFFIRMED**

———————————

Robert Mills Ariail, Jr., of Law Office of R. Mills Ariail,
Jr., of Greenville, for Appellant.

Andrew Troy Potter, of Anderson, for Respondent.

Kimberly Welchel Pease, of Kimberly R. Welchel, Attorney at Law, of Seneca, for the Guardian ad Litem.

––––––––––

**PER CURIAM:** Daniel Loving appeals the family court's final order terminating his parental rights to his minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2021). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Loving's counsel.

**AFFIRMED.**[1]

**KONDUROS, HEWITT, and VINSON, JJ., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.